UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**DAWN MARIE COVERT,**

      **Plaintiff,**

v.                                                   Case No: 6:22-cv-1804-EJK

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

### ORDER

This cause comes before the Court on Defendant's Unopposed Motion for Entry of Judgment Under Sentence Four of 42 U.S.C. § 405(g) with Remand (the "Motion") (Doc. 23), filed March 29, 2023. Therein, Defendant requests that the case be reversed and remanded to the Commissioner of Social Security, pursuant to sentence four[1] of 42 U.S.C. § 405(g), for the following reasons:

> Upon remand, the Appeals Council will instruct the Administrative Law Judge (ALJ) to obtain additional evidence from a vocational expert (VE) to determine if there are other jobs an individual like the claimant can perform in significant numbers in the national economy. Prior to relying on VE testimony, the ALJ shall resolve any apparent conflicts posed by the Dictionary of Occupational Titles and the VE's testimony. The ALJ shall offer the claimant the opportunity for a new hearing and shall issue a new decision.

---

[1] A "sentence-four" remand refers to the fourth sentence of 42 U.S.C. § 405(g). Sentence four authorizes the Court to enter a "judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing."

(*Id.* at 1.) Upon consideration, the Court will grant the Motion.

Accordingly, it is hereby **ORDERED** that:

1. Defendant's Unopposed Motion for Entry of Judgment Under Sentence Four of 42 U.S.C. § 405(g) with Remand (Doc. 23) is **GRANTED**.

2. The final decision of the Commissioner is **REVERSED** and **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for the aforementioned reasons.

3. The Clerk is **DIRECTED** to enter a separate judgment in favor of Plaintiff and close the case.

**DONE** and **ORDERED** in Orlando, Florida on March 30, 2023.

_____
EMBRY J. KIDD
UNITED STATES MAGISTRATE JUDGE